# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS D. WARD, JR.,<br><br>                    Plaintiff,<br>  vs.<br>MTC FINANCIAL INC.,<br><br>                    Defendant. | CASE NO. 11-CV-1250-LAB-CAB<br><br>**ORDER DISMISSING CASE** |

MTC Financial removed this case to federal court on June 7, 2011 and within two weeks filed a motion to dismiss, which Ward failed to oppose. The Court's records do not indicate that the hearing was ever taken off calendar and the motion taken under submission. Nonetheless, Ward's failure to oppose the motion, under Local Rule 7.1(f)(3)(c) and Chamber Rule 4(b), is construed as a statement of non-opposition. The pending motion to dismiss is therefore **GRANTED**. The Clerk is ordered to close this case.

**IT IS SO ORDERED**.

DATED: February 2, 2012

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge